

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

In the interest of K.M.C., a child,

No. 11-19-00148-CV

\* From the 29th District Court
of Palo Pinto County,
Trial Court No. C48197.

\* May 23, 2019

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.
sitting by assignment)
(Willson, J., not participating)

This court has considered Appellant's motion to withdraw his notice appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.